IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIE HAWKINS SMITH | : | NO. 12-658-1 |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| WILLIE HAWKINS SMITH | : | NO. 15-244 |

ORDER

AND NOW, this 27th day of October 2025, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Willie Hawkins Smith for early termination of his supervised release pursuant to 18 U.S.C. § 3583(e)(1) (Doc. #397 in No. 12-658-1 and Doc #23 in No. 15-244) is DENIED.

BY THE COURT:

/s/  Harvey Bartle III
                                                    J.